## FIRST DISTRICT.

Roy T. Kline, appellee, v. George Enos Throop, Inc., appellant. Gen. No. 27,624.
Action for commissions on advertising obtained. · Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed May 9, 1923. Rehearing denied and opinion modified May 23, 1923.
McCormick, Kirkland, Patterson & Fleming, for appellant; David Jacker and Louis G. Caldwell, of counsel. Isaac S. Rothschild, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

Berthold and Helena John, appellees, v. Christ W. Dahnke, appellant. Gen. No. 27,633.
Suit for damages for alleged defective construction of oil tanks for heating plant. Judgment for plaintiffs. See Dahnke v. John, *infra*, this volume. Appeal from the Municipal Court of Chicago; the Hon. John Greenway, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed May 9, 1923. Rehearing denied June 5, 1923. *Certiorari* denied by Supreme Court (making opinion final).
Goldzier, Rodgers & Froehlich, for appellant. William Reeda and Oke L. Pearson, for appellees; Amos W. Marston, of counsel.
Mr. Presiding Justice Thomson delivered the opinion of the court.

Christ W. Dahnke, appellant, v. Berthold and Helena John, appellees. Gen. No. 27,634.
Suit for balance due on contract for building concrete tanks for fuel oil. Set-off claiming damages resulting from alleged defects in said tanks. Judgment for defendants. See John v. Dahnke, *supra*, this volume. Appeal from the Municipal Court of Chicago; the Hon. John Greenway, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed May 9, 1923. Rehearing denied June 5, 1923.
Goldzier, Rodgers & Froehlich, for appellant. William Reeda and Oke L. Pearson, for appellees; Amos W. Marston, of counsel.
Mr. Presiding Justice Thomson delivered the opinion of the court.